IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RONNIE EDWARDS MILLER, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>RICHARD ALLEN, *et al.*, )<br>)<br>Defendants. ) | Case No. 2:09-cv-01737-IPJ-JEO |

MEMORANDUM OF OPINION

The magistrate judge filed a report on March 28, 2011, recommending that the defendants' special report be treated as a motion for summary judgment and, as such, that it be granted and this cause be dismissed with prejudice. Although the parties were advised of their right to file specific written objections within fifteen days, no objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and hereby is ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law. Accordingly, the defendants' motion for summary judgment is due to be GRANTED and this action is due to be DISMISSED WITH PREJUDICE. A Final Judgment will be entered.

DONE this the 20th day of April 2011.

INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE